UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


DANIEL BURNS, et al.            )
                               )
v.                             )        CIVIL NO. 1:18-cv-00319-JAW
                               )
REANNA BURNS, et al.           )


SUGGESTION OF BANKRUPTCY


NOW COME the Plaintiffs, by and through undersigned counsel, and respectfully submit the following:

1.  Defendant Reanna Burns filed a Chapter 13 bankruptcy proceeding, Case No. 15-10840 on November 19, 2015.

2.  Defendant is in an active Chapter 13 bankruptcy of which undersigned counsel was unaware.

WHEREFORE, Plaintiffs respectfully request that this Court dismiss this proceeding and grant such other and additional relief as it deems just and necessary.


DATED:___September 10, 2018_____        s/Stephen C. Smith_____
                                        Stephen C. Smith  Bar No. 8720
                                        Attorney for Plaintiff
                                        LIPMAN & KATZ
                                        PO Box 1051
                                        Augusta, ME 04332-1051
                                        207-622-3711
                                        ssmith@lipmankatz.com

<u>CERTIFICATION</u>

I hereby certify that on the 10th day of September, 2018, undersigned counsel has sent copies of the foregoing via First Class Mail to the following:

Scott Logan, Esquire
75 Pearl Street, Suite 212
Portland, ME 04101

Paula-Lee Chambers, Esquire
Hinshaw & Culbertson LLP
53 State Street, 27th Floor
Boston, MA 02109

DATED:____September 10, 2018____          s/Stephen C. Smith_____
                                          Stephen C. Smith  Bar No. 8720
                                          Attorney for Plaintiff
                                          LIPMAN & KATZ
                                          PO Box 1051
                                          Augusta, ME 04332-1051
                                          207-622-3711
                                          *ssmith@lipmankatz.com*